November 22, 2016

US District Court Clerk
299 East Broward Blvd # 108
Fort Lauderdale, Florida 33301

FILED BY _____ D.C.

NOV 2 3 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

RE-<u>Case # Civil Action 0-16-cv 62602-WJZ SREAM vs GROUP PROJECT 1 INC</u>

I would like inform you that I disagree with all the allegations.

Sincerely,

*[signature]* 11-23-16
Faisal Ahmed
2656 East Oakland Park Blvd
Ft Lauderdale, Fl 33306

Copy to
Jamie Alan Sasson
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, Florida 33441