UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62602-CIV-DIMITROULEAS

SREAM, INC., a California Corporation,

    Plaintiff,

vs.

GROUP PROJECT I, INC., a Florida
Corporation,

    Defendant.
_____/

### ORDER STRIKING ANSWER BY DEFENDANT GROUP PROJECT I, INC.;

### ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT

THIS CAUSE is before the Court upon the Answer [DE 8], filed on behalf of Defendant Group Project I, Inc.   The Court has carefully considered this filing, and is otherwise fully advised in the premises.

It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel.  *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).   The Court therefore strikes the Answer [DE 7].   Upon the failure of Defendant Group Project I, Inc. to obtain legal representation and to have a Notice of Appearance filed in the record, the Court, *sua sponte*, without further notice of hearing, shall strike all papers filed by Defendant Group Project I, Inc.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Group Project I, Inc.'s Answer [DE 8] is hereby **STRICKEN**;

2. On or before **January 24, 2017,** Defendant Group Project I, Inc. shall obtain legal representation, file a Notice of Appearance by its counsel, and file an Answer to the Complaint, or show cause why default should not be entered against it. A failure to comply with this Order shall result in the Court adjudicating that Defendant Group Project I, Inc. is in default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of January, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Group Project I, Inc.
c/o Faisal Ahmed
2656 East Oakland Park Blvd.
Ft. Lauderdale, FL   33306